

# THE THIRTEENTH COURT OF APPEALS

### 13-17-00290-CV

City of Edinburg
v.
GNJ Realty Investments LLC

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-0507-16-I

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment dismissing GNJ Realty Investment LLC's claim against City. Costs of the appeal are adjudged against appellee, GNJ Realty Investments LLC.

We further order this decision certified below for observance.

June 7, 2018